# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| KEM RESOURCES, LP | : | No. 349 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| DEER PARK LUMBER, INC., RYVAMAT, | : | |
| INC., RYAN A. ANDREWS; MATTHEW R. | : | |
| ANDREWS; VANESSA K. DIMEOLO; | : | |
| RONALD A. ANDREWS; CITRUS ENERGY | : | |
| CORPORATION | : | |
| | : | |
| | : | |
| PETITION OF: RYVAMAT, INC. | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of February, 2023, the Petition for Allowance of Appeal is

**GRANTED.** The issue, as stated by Petitioner is:

     Did the lower court err as a matter of law in holding that KEM's accounting
claim is subject to a six-year statute of limitations, which is a matter of first
impression, and based its opinion, in part, on a statutory cause of action not
pled or argued by KEM?